## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Samvardhan Vishnoi, individually and on behalf of all others similarly situated**

**Plaintiff**

Case No.: 1:24-cv-02193

vs.

**Johnson & Johnson Consumer, Inc.**

**Defendant**

### AFFIDAVIT OF SERVICE

I, Steven A. Stosur, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/22/2024 at 2:19 PM, I served Johnson & Johnson Consumer, Inc. c/o CT Corporation System, Registered Agent with the Summons, Civil Cover Sheet, and Class Action Complaint at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604-1101 by serving Derrick Hackett, Intake Specialist, authorized to accept on behalf of CT Corporation System.

Derrick Hackett is described herein as:

Gender: Male   Race/Skin: Black   Age: 33   Weight: 130   Height: 5'8"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_3/28/2024_
Executed On

Steven A. Stosur

Client Ref Number: MAT-240307100414
Job #: 1633531

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SAMVARDHAN VISHNOI, individually and on behalf of all others similarly situated

V.

JOHNSON & JOHNSON CONSUMER, INC.

CASE NUMBER: 1:24-cv-02193

ASSIGNED JUDGE: Jorge L. Alonso

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Johnson & Johnson Consumer, Inc.
c/o Registered Agent:
C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Vanessa Miller_ (signature)

(By) DEPUTY CLERK

March 18, 2024

DATE